UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RANI DARLING** | * | CIVIL ACTION |
| **VERSUS** | * | NO.   22-1586 |
| **NATIONAL FLOOD INSURANCE PROGRAM, ET AL.** | * | SECTION: "D" (3) |
| | * | |

\*   \*   \*   \*   \*   \*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the United States' Motion for Summary Judgment will be submitted for decision to United States District Judge Wendy B. Vitter on October 4, 2022 at 9:30a.m.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY


 /s/ *Brock D. Dupre*
**BROCK D. DUPRE**
Assistant United States Attorney
LA Bar Roll No. 28563
650 Poydras Street, Suite 1600
New Orleans, Louisiana   70130
Telephone:   (504) 680-3005
Facsimile:   (504) 680-3184
Brock.dupre@usdoj.gov